284

UNITED STATES of America, Appellant, v. John N. BRYAN, Administrator of the Estate of Charles C. Farley, Deceased, and Notie Farley, Beneficiary, Appellees.

No. 8812.

Circuit Court of Appeals, Sixth Circuit.

Nov. 8, 1940.

Horace Frierson, U. S. Atty., of Nashville, Tenn., for appellant.

Keith Bohannon, of Cookeville, Tenn., for appellees.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

On motion of the appellant, it is ordered by the Court that this case be docketed in this Court, and that the appeal of the United States of America from the final judgment entered in this case in the District Court of the United States for the Middle District of Tennessee, Northeastern Division, on June 24, 1940, be and hereby is dismissed.

UNITED STATES of America, Appellant, v. G. A. BUDER, Executor of the Estate of Sophie Franz, Deceased.

No. 11896.

Circuit Court of Appeals, Eighth Circuit.

Nov. 28, 1940.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Russell Vandivort, Asst. U. S. Atty., of St. Louis, Mo., for appellant.

Oscar E. Buder and A. W. Wenger, both of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, per stipulation.

UNITED STATES of America, Appellant, v. Otis M. DANA, Appellee.

No. 9633.

Circuit Court of Appeals, Ninth Circuit.

Nov. 28, 1940.

Wm. Fleet Palmer, U. S. Atty., and Daniel Dillon and Attilio di Girolamo, Attys., Department of Justice, all of Los Angeles, Cal., for appellant.

Volney P. Mooney, Jr., and Sylvester Hoffmann, both of Los Angeles, Cal., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, and good cause therefor appearing, ordered judgment of the District Court herein reversed, and that this cause be and hereby is remanded to the District Court for a new trial, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

UNITED STATES of America, Appellant, v. DIAMOND CALK HORSE SHOE COMPANY.

No. 11893.

Circuit Court of Appeals, Eighth Circuit.

Nov. 23, 1940.

Victor E. Anderson, U. S. Atty., and Linus J. Hammond, Asst. U. S. Atty., both of St. Paul, Minn., for appellant.

Holmes, Mayall, Reavill & Neimeyer, of Duluth, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties, per stipulation.